JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALBERT ALEXANDER CHAVEZ, | CASE NO. 2:18-cv-8467-JLS (SK) |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| STUART SHERMAN, | |
| Respondent. | |

**IT IS ADJUDGED** that the Petition for a writ of habeas corpus is denied, and this action is hereby dismissed with prejudice.

DATED: April 14, 2022

Honorable Josephine L. Staton
U.S. DISTRICT JUDGE